1:12-CV-0923-SEB-DML

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

FILED
DISTRICT COURT
INDIANAPOLIS DIVISION

2012 JUN 29  PM 4: 21

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Tamrell Smith ,)

        Plaintiff,  )
                  )
  vs.             )     Cause No. 1:12-HC-0019-JMS-DML
                  )
ACS ,)
                  )
       Defendant.  )

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant ___ACS___ for discrimination as set forth below.

Plaintiff ✓ DOES ____ DOES NOT (indicate which) demand a jury trial.

## I. PARTIES

Plaintiff's Name, Address, and
Phone Number:

Tamrell Smith
3657 N LaSalle
Indpls, In 46218

Defendant's Name and Address:

ACS, A Xerox Company
2828 N Haskell Ave.
Building 1, Floor 9
Dallas, Tx 75204

## II. JURISDICTION

1.    This complaint is brought pursuant to:

_____ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1331;

_____ The Age Discrimination in Employment Act (29 U.S.C. § 621), and jurisdiction is based on 28 U.S.C. § 1331;

_____✓_____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. § 1331;

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. § 1331;

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. § 1331;

_____ Other (list): _____

2.     Plaintiff __✓__ DID _____ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3.     Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about ___1/5/12_____ (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

_See attached_____

_____

_____

## IV. FACTS IN SUPPORT OF COMPLAINT

_See attatched_____

_____

_____

_____

_____

_____

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

_See attached_

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this 28 day of June , 2012.

(Signature of Plaintiff)