# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TAMRELL SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) 1:12-cv-0923-SEB-DML |
| | ) |
| ACS, | ) |
| | ) |
| Defendant. | ) |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this action is dismissed without prejudice.

Date: 10/26/2012

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Tamrell Smith
3657 N. LaSalle St.
Indianapolis, IN 46218